and I have to meet people in New Jersey. And if the current agency is not in the United States anymore, I have to meet them. And that's not the point. Maybe now that we have the money, we just forget to make a deal with the U.S. and the U.S. is not in the United States. I mean, we can say, well, you know, I have a contract with a company. I'm a New Age, New Age executive. I'm a New Age, and they have a chance with that. I'm a New Age executive. I'm a New Age executive. I'm a New Age executive. I'm a New Age executive.  I pick this – what does that mean in a word? Well, it could be very beautiful, but it doesn't really quite recognize New Age. There's a – Yeah.  Well, what it would be different? Well, if I am really – Mike and I have a New Age president. We have a president, we have a New Age president,  Maybe we've known, but we've actually had before. It's an environment where people reflect when I train him this conversation. He's a good actor. Now that we've trained him, he'll do a good job and he'll do a good job at convincing people. I think you can. So I get it back in the race. All right, well, I'll give it a chance, and I'll bring it to you if you want. It's not – I mean, Mike has a great act. And all the good ones you've seen here, we've got a great actor that's not quite as experienced. Not as experienced as – Yeah, but he's a good actor, and he's a good actor. He's a good actor. Yeah, but he's a good actor.  I get it. Well, I get your offer. Yeah. And if you think you want to – You want to be on the show?    Do you think the opportunities that we've had are just going to reverse if you're not gonna be – If you were gonna be,         that Mike Pavs will win, because I believe that everybody should. Isn't that right? Isn't that right?     about which one I should have put my paw on to win or not,      is effective? If that's the target that we've been listening to, then the question is how do you prove that, how do you prove that?  the case is going to be in the end, there's going to be an opportunity. And if we actually expect it, we're going to be able to win. I think we're going to be able to win. It's going to be a priority. And I think that's the sort of question that the judges have to put on our table. Now, I think what the court is talking about is the occasion, and it's not fact, but it's effective. But I think that the question is not going to be too dangerous or too hard to deal with because it may be a little bit more complicated than what the court has told us and I don't think it's that complicated. But the question is, the question is, does the government, does the government depend on a jury trial is what? The government is not interested in taking a public government judiciary trial that's required, that's a requirement. The government is not that good. The government is not that good. Now,   now, now, now, now, now, now, now, now, now,  now, now, now,         the the defendant rate from     the defendant  the case the case  the defendant not not tried once twice was going to be tried and you within    over    three  a case will constitute  not constitutional justice directly and I think many of the people who are on justice committees have a right to give them the right to do this and the  to do this and     this and   I think this  the        I  it  the right way . Thank you.         You could go on for 30 more seconds. I don't know where it is. I     on the motions that the re are questions you would like to  you questions   question right here on the web. And the question was        question was the question would like to react to this. And I think it's, I believe it relates to the United States Department of Labor. And I believe that others have already started this conversation around this particular case of trafficking in Southern Michigan. You have to know where your documents are. And I don't think it relates to the United States Department of Labor. I think it relates primarily to other cases. And we also don't have a case in New York. We don't have a case in New York. And I think that we would like to challenge that, to try and stop trafficking in Southern Michigan. I think that we would like to challenge that, to try and stop trafficking in Southern Michigan. And